ROBERT S. BREWER, JR.
United States Attorney
DAVID J. RAWLS
Assistant U.S. Attorney
District of Columbia Bar No. 974620
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-7966
Email: david.rawls@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2006 HONDA CBR600RR MOTORCYCLE, VIN: JH2PC37166M301385,<br><br>Defendant. | Case No. **'19CV1379 JLS  BLM**<br><br>**COMPLAINT FOR FORFEITURE** |

By way of complaint against the defendant, 2006 Honda CBR600RR Motorcycle (Motorcycle), plaintiff UNITED STATES OF AMERICA alleges:

## I.   NATURE OF THE ACTION

1.   This is a civil action in *rem* brought against the defendant Motorcycle to enforce the provisions of Title 19, United States Code, Section 1595a(a), for the forfeiture of any vehicle, used in, to aid in, or to facilitate, the importation, bringing in, concealing, harboring, or subsequent transportation of a controlled substance, to wit: methamphetamine, as an article whose introduction or attempted introduction into the United States is contrary to law.

2.   Methamphetamine is a controlled substance under Title 21, United States Code, Section 802, and is an article whose introduction or attempted introduction into the United States is "contrary to law" under Title 19, United States Code, Sections 1595a(a)

and a(c)(1)(B). Importation of methamphetamine is a felony violation of the Controlled Substances Act under Title 21, United States Code, Sections 952 and 960.

## II.  JURISDICTION AND VENUE

3.  This Court has original jurisdiction of this civil action under Title 28, United States Code, Section 1345 because it has been commenced by the United States, and under Title 28, United States Code, Section 1355(a), because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress.

4.  Venue is proper pursuant to Title 28, United States Code, Section 1355(b) because the acts and omissions giving rise to this forfeiture action occurred in the Southern District of California, and under Title 28, United States Code, Section 1395 because the property was found and is located in this district.

## III.  PARTIES

5.  Plaintiff is the United States of America.

6.  Defendant is 2006 Honda CBR600RR Motorcycle, VIN: JH2PC37166M301385, seized on October 9, 2018 by the United States Customs and Border Protection, from Alexander Guinto-Irra, at the San Ysidro, California Port of Entry within the Southern District of California.

## IV.  FACTS

7.  On October 9, 2018, Alexander Guinto-Irra, a.k.a. "Alexander Irra Guinto", entered the pre-primary inspection area for entry into the United States at the San Ysidro, California Port of Entry.

8.  Alexander Guinto-Irra (Guinto-Irra) was the driver and sole occupant of a black 2006 Honda CBR Motorcycle, VIN: JH2PC37166M301385, bearing California license 18H3265.

9.  On October 9, 2018, United States Customs and Border Protection (CBP) Officer Bryan Bence and his narcotics and human detection dog "Roki" were on duty in pre-primary inspection at the San Ysidro Port of Entry when Roki alerted to the engine of the defendant Motorcycle being driven by Guinto-Irra.

10. CBP Officer Bence then requested assistance from CBP Officer Celso Atienza, Jr. CBP Officer Atienza responded to the pre-primary lane and asked Guinto-Irra if he was the owner of the Motorcycle and his destination. Guinto-Irra replied that he was the owner of the Motorcycle and that he was going to Chula Vista, California. Guinto made two negative U.S. Customs declarations to CBP Officer Atienza.

11. Guinto-Irra, a United States citizen, presented a United States passport to CBP Officer Atienza. As Guinto-Irra pulled his passport book from the pocket of his sweatshirt, a small plastic bag with crystal fell out onto the ground.

12. Guinto-Irra was detained for officer safety and further inspection.

13. CBP Officer Antonio J. Angarita then inspected the defendant Motorcycle in the secondary inspection lot. This inspection revealed a concealed package wrapped in clear plastic in the right side of the steering wheel of the Motorcycle. A field test of the contents tested positive for methamphetamine.

14. CBP Officer Angarita discovered four (4) packages wrapped in plastic under the exterior molding on the front right side of the steering components, one (1) package wrapped in plastic under the plastic molding in the rear right side next to the driver's seat, and two (2) more packages underneath the molding on the front left side of the steering components.

15. A total of seven (7) packages wrapped in plastic were removed from the defendant Motorcycle. The total weight of the packages containing the crystalline substance was approximately 756 grams or 1.67 lbs. The results from the drug lab tests of the crystalline substance reflect approximately 722.6 grams of methamphetamine.

16. Post-Arrest, Guinto-Irra was advised of his *Miranda* rights. Guinto-Irra stated that he understood those rights and was willing to answer questions without an attorney present.

17. Guinto-Irra stated that he had taken the Motorcycle to a shop in Mexico in order to have a problem with the motorcycle fixed by an individual named "Tacon", who

//

operates the shop. Guinto-Irra further stated that the shop did not have a name. Guinto-Irra stated that Tacon is also involved in smuggling drugs.

18.  Guinto-Irra stated that he picked up the Motorcycle from the shop before crossing into the United States. Guinto-Irra denied knowledge of the methamphetamine found in the Motorcycle. Guinto-Irra stated that he was "pretty sure" Tacon had put the methamphetamine in the Motorcycle.

19.  Guinto-Irra stated that he had previously used the Motorcycle to smuggle methamphetamine across the border for Tacon. Guinto-Irra stated that on five (5) prior occasions he had smuggled methamphetamine across the border and that each of those times he smuggled approximately one pound of methamphetamine across the border for Tacon.

20.  Guinto-Irra further stated that on four (4) of the five (5) prior smuggling events he had stored the methamphetamine in his backpack, and on one (1) prior occasion he stored the methamphetamine under the seat of the Motorcycle.

21.  Guinto-Irra stated that on those prior smuggling events he delivered the methamphetamine to an individual named "Charro" at the Arco gas station on Main Street in Chula Vista, California.

22.  Guinto-Irra stated that he was paid $350 dollars each of the five (5) prior times that he smuggled methamphetamine.

23.  Guinto-Irra stated that on two (2) prior occasions he also transported money from the United States back into Mexico.

24.  Text messages extracted from Guinto-Irra's cellular phone (Samsung Galaxy S8 358330081215716) include communications between September 24, 2018 and October 9, 2018 with an individual identified in text as "El Tacon" and "Tacon." These text messages include discussion about doing a job.

25.  On or about October 16, 2018, Guinto-Irra was charged by Complaint in the Superior Court of California, County of San Diego with three (3) felony counts: Count (1), transportation of a controlled substance, to wit: methamphetamine, in violation of California Health and Safety Code Section 11379(a) and Penal Code Section 1210(a); and Count (2),

importation of a controlled substance, to wit: methamphetamine, into California, in violation of California Health and Safety Code Section 11379(a) and Penal Code Section 1210(a); and Count (3), possession for sale of a controlled substance, to wit: methamphetamine, 28.5 grams or more of methamphetamine or 57 grams or more of a substance containing methamphetamine, in violation of California Health and Safety Code Section 11378 and Penal Code Sections 1203.073(b)(2), and 1210(a).

26. On November 9, 2018, CBP sent notice to Guinto-Irra, advising him of the seizure of the defendant Motorcycle and that the defendant motorcycle was subject to forfeiture.

27. On November 19, 2018, Guinto-Irra submitted a claim to CBP asserting an ownership interest in the defendant Motorcycle and requested the initiation of judicial forfeiture proceedings.

28. Guinto-Irra failed to submit a cost bond with his claim as required by Title 19, United States Code, Section 1608. On December 3, 2018, CBP sent a letter to Guinto-Irra to remind him of the cost bond requirement. *Id.* On December 17, 2018, Guinto-Irra submitted a cost bond for $415.00.

29. On or about December 12, 2018, an Information was filed in the Superior Court of California, County of San Diego, charging Guinto-Irra with three (3) felony counts: Count (1), transportation of a controlled substance, to wit: methamphetamine, in violation of California Health and Safety Code Section 11379(a) and Penal Code Section 1210(a); and Count (2), importation of a controlled substance, to wit: methamphetamine, into California, in violation of California Health and Safety Code Section 11379(a) and Penal Code Section 1210(a); and Count (3), possession for sale of a controlled substance, to wit: methamphetamine, 28.5 grams or more of methamphetamine or 57 grams or more of a substance containing methamphetamine, in violation of California Health and Safety Code Section 11378 and Penal Code Sections 1203.073(b)(2), and 1210(a).

30. On or about March 13, 2019, Guinto-Irra failed to appear for trial in Superior Court of California, County of San Diego. On or about March 14, 2019, the Court issued a

bench warrant for Guinto-Irra's arrest for his failure to appear. The bench warrant is outstanding. Guinto-Irra's status is a fugitive as of the date of the filing of this Complaint.

31. The appraised value of the defendant Motorcycle is approximately $4,175.00.

32. The defendant Motorcycle is presently being stored by CBP within the Southern District of California.

## V. CLAIM FOR RELIEF

33. The United States incorporates by reference the allegations in paragraphs one (1) through thirty-two (32) as though fully set forth. By reason of the foregoing, there is probable cause to believe that the defendant Motorcycle was used to aid in, and to facilitate the importation, bringing in, and concealing of a controlled substance, to wit: methamphetamine, which is an article, whose introduction and attempted introduced into the United States is contrary to law, and therefore the defendant Motorcycle is subject to forfeiture to the United States pursuant to Title 19, United States Code, Section 1595a(a).

**WHEREFORE**, the United States prays that due process issue to enforce the forfeiture of the defendant Motorcycle, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared, that the defendant vehicle be condemned as forfeited to the United States to be disposed of according to law, and for such other relief as this Court may deem just and proper.

DATED: July 24, 2019

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*s/ David J. Rawls*
DAVID J. RAWLS
Assistant United States Attorney
Attorney for the United States

# VERIFICATION

I, GREG PETTIGREW, state and declare as follows:

1. I am a Special Agent with the Department of Homeland Security, and am one of the federal law enforcement officers involved in this investigation.

2. I have read the foregoing Complaint For Forfeiture and know its contents.

3. The facts set forth in the Complaint For Forfeiture are based upon my own knowledge or were facts furnished to me by other United States federal, state, or local law enforcement personnel, civilian witnesses, or other official Government sources.

Based on this information, I believe the allegations in the Complaint For Forfeiture to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on July 24, 2019.

_____
GREG PETTIGREW, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

◎JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
2006 Honda CBR600RR Motorcycle, VIN: JH2PC37166M301385,

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA David J. Rawls, Phone: (619) 546-7966
USAO, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)
'19CV1379 JLS  BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine | | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☒ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
19 U.S.C. Section 1595a(a)
Brief description of cause:
Aiding Unlawful Importation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 07/24/2019

SIGNATURE OF ATTORNEY OF RECORD
s/ David J. Rawls

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE